**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Tristin Schimanski
                              Plaintiff,

v.                                                 Case No.: 1:24−cv−10991
                                                           Honorable Jeremy C. Daniel

Peak Home Health Care, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Plaintiff's motions for conditional certification [18], leave to file excess [29] and for preliminary approval of class and collective action settlement [30] are granted. Final approval hearing set for 1/7/2026 at 9:30 a.m. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.